# PARTY SHOPS PLUS, INC.
## Balance Sheet
### As of July 11, 2011

|  | Jul 11, 11 |  |
|---|---:|---:|
| **ASSETS** | | |
|   Current Assets | | |
|     Checking/Savings | | |
|       Safe | 400.00 | |
|       Peoples - Mount Kisco New | 27,029.73 | |
|       Peoples - Palisades | -32.12 | |
|       People's checking - Temp store | 83.90 | |
|       People's Savings | 618.28 | |
|       People's Checking | 13,607.55 | |
|       New HSBC checking | 13,302.69 | |
|     Total Checking/Savings | 55,010.03 | 43500 |
| | | |
|     Other Current Assets | | |
|       Merchandise Inventory | 555,625.00 | |
|     Total Other Current Assets | 555,625.00 | |
| | | |
|   Total Current Assets | 610,635.03 | |
| | | |
|   Fixed Assets | | |
|     Computer | 5,613.34 | |
|     Accumulated depreciation | -178,237.00 | |
|     Fixed assets | 369,154.00 | |
|     Fixtures & Equipment | | |
|       Equipment - Computer | 11,325.70 | |
|       Fixtures - Elmsford | 1,018.15 | |
|       Fixtures - DOUBLE COUNTED | 4,922.07 | |
|       Fixtures & Equipment - Other | 846.17 | |
|     Total Fixtures & Equipment | 18,112.09 | |
| | | |
|   Total Fixed Assets | 214,642.43 | |
| | | |
|   Other Assets | | |
|     Investment in partnership | 2,403.00 | |
|   Total Other Assets | 2,403.00 | |
| | | |
| **TOTAL ASSETS** | 827,680.46 | |
| | | |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         Accounts Payable | 603,603.04 | |
|       Total Accounts Payable | 603,603.04 | |
| | | |
|       Other Current Liabilities | | |

# PARTY SHOPS PLUS, INC.
## Balance Sheet
### As of July 11, 2011

|  | Jul 11, 11 |
|---|---:|
| Officer Salary Deferred Liabili | 71,850.00 |
| Total Other Current Liabilities | 71,850.00 |
|  |  |
| **Total Current Liabilities** | **675,453.04** |
|  |  |
| Long Term Liabilities |  |
|     5YR NOTE MICHAEL & SOFIA | 242,058.11 |
|     5YR NOTE NINA & GARY | 51,500.00 |
| Total Long Term Liabilities | 293,558.11 |
|  |  |
| **Total Liabilities** | **969,011.15** |
|  |  |
| Equity |  |
|     Additional Paid in Capital | 1,318,388.64 |
|     M&S Additional Paid in Capital | 49,000.00 |
|     N&G Additional Paid in Capital | 50,000.00 |
|     Capital Stock | 50,000.00 |
|     Retained Earnings | -1,617,014.19 |
|     Net Income | 8,294.86 |
| Total Equity | -141,330.69 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | **827,680.46** |